**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Isbel Marjory Gonzalez Medina, | ) | CASE NO. 1:26 CV 1483 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Acting Director of Enforcement and Removal | ) | |
| Operations, Detroit Field Office, Immigration | ) | |
| and Customs Enforcement, et al. | ) | **Order** |
| | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on petitioner Isbel Marjory Gonzalez Medina's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) Pursuant to 28 U.S.C. § 2243, Respondents are ordered to show cause in writing by July 9, 2026, why the petition should not be granted.

IT IS SO ORDERED.

_____
PATRICIA A. GAUGHAN
United States District Judge

Date: 7/6/2026